# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Delta County Appraisal District, Appellant

No. 06-25-00059-CV         v.

PPF Gin & Warehouse, LLC, Appellee

Appeal from the 62nd District Court of Delta County, Texas (Tr. Ct. No. 11552). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Delta County Appraisal District, pay all costs incurred by reason of this appeal.

RENDERED JULY 29, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk